902 F.2d 24
 UNITED STATES of America, Plaintiff-Appellant,
v.
FOUR PARCELS OF REAL PROPERTY IN GREENE AND TUSCALOOSA
COUNTIES IN THE STATE OF ALABAMA, etc.; J.C.
Pate, Jr.; Rita Pate; et al., Defendants,
Donald K. Daniel, Claimant-Appellee.
 No. 89-7061.
 United States Court of Appeals,
Eleventh Circuit.
 April 23, 1990.
 
 Frank W. Donaldson, U.S. Atty., James D. Ingram, Birmingham, Ala., for plaintiff-appellant.
 John W. Kelly, Sikes & Kelly, Selma, Ala., for claimant-appellee.
 Appeal from the United States District Court for the Northern District of Alabama.
 Prior report: 893 F.2d 1245.
 ON SUGGESTION FOR REHEARING EN BANC
 Before TJOFLAT, Chief Judge, FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON, and COX, Circuit Judges.*
 BY THE COURT:
 A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,
 IT IS ORDERED that the above cause shall be reheard by this court en banc with oral argument during the week of October 8, 1990, on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of en banc briefs. The previous panel's opinion is hereby VACATED.
 
 
 
 *
 Senior Judge Lewis R. Morgan has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. 46(c)